Prepared by State Reporter from Appeal Papers

DAN BULLARD, Appellant, *v.* THE VILLAGE OF ALBION, Respondent.

*Ejectment — real property — will — villages — validity of devise of land for park purposes — validity of resolution of village trustees accepting same.*

*Bullard* v. *Village of Albion*, 222 App. Div. 718, affirmed.

(Submitted June 7, 1928; decided June 21, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1927, unanimously affirming a judgment in favor of defendant entered upon the report of a referee. The action was in ejectment and involved the validity of a devise of land to defendant to be used in perpetuity for park purposes and of a resolution of the village trustees accepting the same.

*Charles G. Signor* for appellant.

*Warner Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MOE LEVY et al., Copartners under the Firm Name of CHAMPION COAT, APRON AND TOWEL SUPPLY COMPANY, Appellants, *v.* PETER J. COSMOS, Respondent, Impleaded with Another.

*Injunction — contract — unfair competition — action to restrain former employee and associate from soliciting trade from customers of plaintiff's assignor.*

*Levy* v. *Cosmos*, 221 App. Div. 533, affirmed.

(Argued June 7, 1928; decided June 21, 1928.)

APPEAL from a judgment, entered November 21, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing

Prepared by State Reporter from Appeal Papers

a dismissal of the complaint. The action was to restrain the defendants from serving or soliciting business from certain persons, firms or corporations, customers of plaintiff's assignor, in violation of an alleged contract with one of the defendants, a former employee, that he would not for a term of three years after termination of his employment serve any such customers or become connected with any person or firm serving such customers in the same line of business.

*Frank H. Hiscock* and *Alfred B. Nathan* for appellant.
*Arnold Furst* and *Albert A. Arnold* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Accounting of ELIZABETH P. DE G. JAMES, as Ancillary Executrix under the Will of AMADEE DE G. JAMES, Deceased, Appellant.

ELIZABETH B. VON DER DECKEN et al., Appellants; PAULINE A. DE LA METTRIE et al., Respondents.

(Submitted June 18, 1928; decided June 21, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 1.)

---

ROCKOWITZ CORSET AND BRASSIERE CORPORATION, Appellant, *v.* MADAME X COMPANY, INC., et al., Respondents.

(Submitted June 18, 1928; decided June 21, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 272.)